UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>           Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY JAIL,<br><br>           Defendant. | No. 2:17-cv-1870 MCE AC P<br><br><br>ORDER |

      By order signed July 9, 2018, and filed July 10, 2018, the undersigned directed the Clerk of Court to forward plaintiff's First Amended Complaint (FAC) (ECF No. 26) and service documents to the United States Marshal to effect service of process on defendants Allgeier, Kraatz, Maberry, and Robinson. See ECF No. 37. Also on July 9, 2018, the Clerk of Court docketed plaintiff's motion for leave to proceed on a proposed Second Amended Complaint (SAC). See ECF Nos. 39, 40. The SAC is distinguishable from the FAC due to minor changes in the spelling of some defendants' names and an increase in the amount of requested monetary damages. The parties and factual allegations of the FAC and SAC are consistent, although the FAC remains more detailed due to the undersigned directing the attachment of plaintiff's exhibit. See ECF No. 27. For these reasons, and due to the belated timing of plaintiff's request for leave to amend his complaint, his request for leave to amend will be denied.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed on his proposed Second Amended Complaint, ECF No, 39, is DENIED.

2. The Clerk of Court is directed to note on the docket that this action will *not* proceed on plaintiff's proposed Second Amended Complaint, ECF No. 40.

2. This action shall continue to proceed on the operative First Amended Complaint, see ECF No. 26, for which service of process is currently in progress.

DATED: July 11, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE