UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>        Plaintiff,<br><br>        v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>        Defendants. | No. 2:17-cv-1870 MCE AC P<br><br><br>ORDER |

Plaintiff's motion to compel jail officials to complete and return his in forma pauperis application and provide a copy of his jail trust account statement, ECF No. 41, is DENIED as moot. This issue has already been resolved, and plaintiff has been granted in forma pauperis status in this action. See ECF Nos. 13, 14. Plaintiff's letter concerning his legal mail, ECF No. 42, is also irrelevant to this action, which is proceeding on schedule.

Plaintiff shall refrain from filing further irrelevant or duplicative documents in this action; further frivolous filings may result in the imposition of sanctions. See Local Rule 110 ("Failure . . . of a party to comply with these [Local] Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

SO ORDERED.

DATED: July 13, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE