1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     JON HUMES,                              No.  2:17-cv-1870 MCE AC P

12                    Plaintiff,

13          v.                                 ORDER

14     SACRAMENTO COUNTY JAIL, et al.,

15                    Defendants.

16

17          Defendant Maberry has waived service and answered the First Amended Complaint.  See

18     ECF Nos. 57-8.  This action now proceeds against defendants Maberry, Allgeier, Kraatz and

19     Robinson.  The Discovery and Scheduling Order filed September 26, 2018, addressed to the latter

20     three defendants, shall also apply to defendant Maberry.  Accordingly, IT IS HEREBY

21     ORDERED that:

22          1.  The Discovery and Scheduling Order filed September 26, 2018, and dates set forth

23     therein, see ECF No. 55, shall apply to all four defendants, including Maberry.

24          2.  The Clerk of Court is directed to send to defendant Maberry, together with a copy of

25     this order, a copy of the Discovery and Scheduling Order filed September 26, 2018, ECF No. 55.

26     DATED: October 10, 2018

27     _____

                ALLISON CLAIRE
28              UNITED STATES MAGISTRATE JUDGE