UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>    Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>    Defendants. | No. 2:17-cv-1870 MCE AC P<br><br><br><br>ORDER |

Plaintiff is a former Sacramento County Jail detainee proceeding pro se with this civil rights action against four Sacramento County Sheriff's Deputies. Plaintiff is now a state prisoner incarcerated at San Quentin State Prison under the authority of the California Department of Corrections and Rehabilitation.

The discovery deadline in this case expired on February 1, 2019, and the dispositive motion deadline expired on May 3, 2019. See ECF No. 55. This case now proceeds to trial. The parties will be directed to cooperate in the preparation of a Joint Pretrial Statement, to be filed by defendants' counsel, and to identify the dates when any party or their counsel is unavailable for trial or pretrial proceedings. Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall cooperate in the preparation of a Joint Pretrial Statement that provides the following information:

    a. The estimated length of trial, and any "black out" dates when any party or their

counsel, to the best of their knowledge at the present time, is unavailable from September 30, 2019 through October 30, 2020; and

    b. Fully address, without providing any exhibits at this time, each of the matters set forth in Local Rule 281(b).

    2. Defendants' counsel shall file and serve the parties' Joint Pretrial Statement on or before Friday, July 12, 2019.

DATED: May 13, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE