UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>　　　　　Defendant. | No. 2:17-cv-1870 MCE AC P<br><br><br>ORDER |

　　　　Plaintiff, a former Sacramento County Jail detainee (now a state prisoner) proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 4, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 27. Neither party has filed objections to the findings and recommendations.

///

///

///

///

1 | The Court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
3 | ORDERED that:
4 |     1. The findings and recommendations filed May 4, 2018, (ECF No. 27) are ADOPTED in
5 | full.
6 |     2. Sacramento County Sheriff Scott Jones is DISMISSED from this action.
7 | IT IS SO ORDERED.
8 | Dated: May 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE