UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>    Defendants. | No. 2:17-cv-1870 MCE AC P<br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action challenging conditions of his prior confinement at the Sacramento County Jail. The discovery deadline expired on February 1, 2019, with the limited exception of additional time for plaintiff to obtain his jail medical records. See ECF Nos. 55, 78-81, 97, 99. The dispositive motion deadline expired on May 3, 2019, without either side filing a dispositive motion. ECF No. 55. Contemporaneously with the filing of this order, the undersigned is scheduling this case for a settlement conference on October 17, 2019 before Magistrate Judge Dennis M. Cota.

    Currently pending is plaintiff's request for an "independent evaluation" of a putative report of a CDCR internal affairs investigation, together with several irrelevant statements. ECF No. 98. This request is frivolous and will be denied. Plaintiff is reminded that he was previously admonished to refrain from filing frivolous matters in this court, at risk of sanction. See ECF No. 44 at 1; ECF No. 69 at 4. Plaintiff is again strenuously admonished that he is to file in this court,

and in this case, only documents that the court has requested or that are otherwise authorized. See Fed. R. Civ. P. 37(e) (authorized sanctions for failure to comply with a court order).

Accordingly IT IS HEREBY ORDERED that plaintiff's "motion" filed July 17, 2019, ECF No. 98, is DENIED.

DATED: August 5, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE