# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>      Plaintiff,<br>v.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>      Defendants. | No. 2:17-cv-1870 MCE AC P<br><br><br><br>**AMENDED<br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

**Jon Humes, CDCR # BJ-1307**, a necessary and material witness in a settlement conference in this case on October 17, 2019, is confined in Mule Creek State Prison (MCSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on **Thursday, October 17, 2019 at 1:30 p.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. The writ issued August 6, 2019 (ECF No. 102) is VACATED.

2. The instant Writ of Habeas Corpus ad Testificandum shall issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, MCSP, P. O. Box 409099, Ione, California 95640:**

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Kendall J. Newman at the time and place noted above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

DATED: September 5, 2019

                                                      ALLISON CLAIRE
                                                      UNITED STATES MAGISTRATE JUDGE